# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153953 & (17)

MARK P. DONALDSON,
      Plaintiff-Appellant,

v

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
      Defendant-Appellee.

SC: 153953
COA: 333210
Roscommon CC: 15-722718-AA;
15-722726-AA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 17, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016



Clerk

d0628